SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT N. JOHNSON<br>　　　Plaintiff,<br>　vs.<br>Vartanova et al,<br>　　　Defendants | Case No. **2:09-cv-01376-GEB-DAD**<br>STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME UNTIL AUGUST 20, 2009 FOR DEFENDANTS PLATINUM GROUP OF INVESTMENTS, LLC; RANJEET GILL TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, Platinum Group of Investments, LLC; Ranjeet Gill, by and through their respective attorneys of record, Scott N. Johnson; Edward A. Smith, stipulate as follows:

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

1. No extension of time has been previously obtained.
2. Defendants Platinum Group of Investments, LLC; Ranjeet Gill are granted an extension until August 20, 2009 to respond or otherwise plead reference to Plaintiff's complaint.
3. Defendants Platinum Group of Investments, LLC; Ranjeet Gill response will be due no later than August 20, 2009.

IT IS SO STIPULATED effective as of July 22, 2009

Dated:  July 22, 2009                /s/Edward A. Smith_____

                                     Edward A. Smith,

                                     Attorney for Defendants

                                     Platinum Group of

                                     Investments, LLC;

                                     Ranjeet Gill


Dated:  July 22, 2009                /s/Scott N. Johnson ____

                                     Scott N. Johnson,

                                     Attorney for Plaintiff

**IT IS SO ORDERED:** that Defendants Platinum Group of Investments, LLC; Ranjeet Gill shall have until August 20, 2009 to respond to complaint.

Dated: 8/3/09

United States District Judge