SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>          Plaintiff,<br><br>     vs.<br><br>Vartanova et al<br><br>          Defendants | Case No. **2:09-cv-01376-GEB-DAD**<br><br>STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME UNTIL AUGUST 21, 2009 FOR DEFENDANT OLGA PIKALOVA, DDS, INC. TO RESPOND TO COMPLAINT |

 Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Olga Pikalova, DDS, Inc., by and through their respective attorneys of record, Scott N. Johnson; Paul L. Cass, stipulate as follows:

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

1. An extension of time has been previously obtained for Defendant Olga Pikalova, DDS, Inc. until August 6, 2009 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendant Olga Pikalova, DDS, Inc. is granted an extension until August 21, 2009 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendant Olga Pikalova, DDS, Inc.'s response will be due no later than August 21, 2009.

IT IS SO STIPULATED effective as of August 6, 2009

Dated:  August 6, 2009          /s/Paul L. Cass_____
                                Paul L. Cass,
                                Attorney for Defendant
                                Olga Pikalova, DDS, Inc.

Dated:  August 6, 2009          /s/Scott N. Johnson_____
                                Scott N. Johnson,
                                Attorney for Plaintiff

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 2

**IT IS SO ORDERED:** that Defendant Olga Pikalova, DDS, Inc. shall have until August 21, 2009 to respond to complaint.

Dated: 8/6/09

United States District Judge