IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
SCOTT N. JOHNSON,                )
                                 )   2:09-cv-01376-GEB-DAD
          Plaintiff,             )
                                 )
     v.                          )   ORDER RE: SETTLEMENT AND
                                 )   DISPOSITION
TATYANA VARTANOVA; EDWARD D.     )
JENNINGS; STEVE TRISTANT;        )
OLGA PIKALOVA DDS, INC.;         )
PLATINUM GROUP OF INVESTMENTS,   )
LLC; RANJEET GILL,               )
                                 )
          Defendants.            )
_____ )
```

Plaintiff filed a "Notice of Settlement" on April 18, 2011, in which he states, "the parties have settled this action[, and d]ispositional documents will be filed within (30) calendar days." (ECF No. 35.)

Therefore, a dispositional document shall be filed no later than May 18, 2011. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

Further, the final pretrial conference scheduled for April 25, 2011, is continued to commence at 1:30 p.m. on June 13, 2011, in the event no dispositional document is filed, or if this action is not

1  otherwise dismissed.[1]  A joint pretrial statement shall be filed seven
2  (7) days prior to the final pretrial conference.
3              IT IS SO ORDERED.
4  Dated:  April 21, 2011

                                  _____
                                  GARLAND E. BURRELL, JR.
                                  United States District Judge

---

[1] The final pretrial conference will remain on calendar, because the mere representation that a case has been settled does not justify vacating a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987)(indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2